IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 4:03cr40-SPM

HONAY RODRIGUEZ HERNANDEZ
and FRANCISCO PEREZ,

    Defendants.
_____/

### CORRECTED[1] ORDER DEEMING RESTITUTION SATISFIED

This cause comes before the Court on the Government's Petition Requesting to Have Restitution Deemed Satisfied (doc. 80). The Government explains that Defendants were ordered in their criminal judgments to make restitution to Allied Insurance, a.k.a. Nationwide Mutual Insurance Company. A settlement has been accepted by Nationwide, which is closing its account as paid in full. Nationwide requests that no further restitution payments be sent. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. The Government's petition (doc. 80) is granted.

2. The restitution owed by Defendants to Allied Insurance, a.k.a.

---

[1] The original order was entered on July 2, 2009, but contained a scrivener's error showing the year as 2008. The correction goes to the date of the order only. No changes to the body of the order have been made.

Nationwide Mutual Insurance Company, is deemed satisfied.

DONE AND ORDERED this 7th day of July, 2009, nunc pro tunc July 2, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge